

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00412-CV

Auto Mechanics Service Plus, LLC and Mohammad Al-Barnawi, Individually
v.
G. Michael Ragoss

On Appeal from the
County Court at Law No. 3 of Nueces County, Texas
Trial Court Cause No. 2021CCV-61376-3

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated and rendered. The Court orders the judgment of the trial court VACATED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

July 31, 2025